

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

Nos. 04-22-00645-CR, 04-22-00646-CR

Hayward Charlie **THOMAS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court Nos. 2016-CR-7439, 2017-CR-2286
Honorable Ron Rangel, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE RODRIGUEZ, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED January 17, 2024.

_____
Patricia O. Alvarez, Justice